# APPENDIX "A"



