**Mirant California, LLC**

By:          /s/
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant California Investments, Inc.**

By:          /s/
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Canal, LLC**

By:          /s/
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Central Texas, LP**

**By: Mirant Texas Management, Inc., its general partner**

By:          /s/
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Danville, LLC**

By:          /s/
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Bowline, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Hudson Valley Gas Corporation**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Americas Generation, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President and Chief Financial Officer

**Mint Farm Generation, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Americas Gas Marketing XII, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant D.C. O&M, LLC**

By: /s/
Name: J. William Holden III
Title: Sr. Vice President

**Mirant Mid-Atlantic, LLC**

By: /s/
Name: J. William Holden III
Title: Sr. Vice President and Chief Financial Officer

**Mirant Capital, Inc.**

By: /s/
Name: J. William Holden III
Title: Vice President

**Mirant Chalk Point Development, LLC**

By: /s/
Name: J. William Holden III
Title: Sr. Vice President

**Mirant Capital Management, LLC**

By: /s/
Name: J. William Holden III
Title: Sr. Vice President

**Mirant Americas Gas Marketing XV, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Americas Gas Marketing XIV, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Americas Gas Marketing XIII, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Americas Procurement, Inc.**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Americas Gas Marketing IV, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title: Sr. Vice President

**Mirant Delta, LLC**

By: _____/s/_____
    Name: J. William Holden III
    Title:  Sr. Vice President

**Newco 2005 Corporation**

By: _____/s/_____
    Name: J. William Holden III
    Title:  Sr. Vice President

Dated: September 30, 2005

(This page intentionally left blank)