## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| MIRANT CORPORATION, et al., | ) | Case No. 03-46590 (DML)11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF JANUARY 3, 2006 EFFECTIVE DATE FOR THE DEBTORS' AMENDED AND RESTATED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that you have received this Notice because, as of the Effective Date (defined below), you were a known creditor or equity holder of Mirant Corporation or one of its affiliated debtors.

**PLEASE TAKE FURTHER NOTICE** that an order (the "Confirmation Order") [Docket No. 12569] confirming the Amended and Restated Second Amended Joint Chapter 11 Plan of Reorganization for Mirant Corporation and its Affiliated Debtors, dated December 9, 2005 (the "Plan," attached as Exhibit 1 to the Confirmation Order[1]), of Mirant Corporation and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"[2]), was entered by the Clerk of the United States Bankruptcy Court for the Northern District of Texas (Fort Worth Division) on December 9, 2005. Unless otherwise defined in this Notice, capitalized terms used in this Notice shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the "Effective Date" of the Plan is **January 3, 2006**. As of the Effective Date, the terms of the Plan (including the exhibits thereto, the Plan Documents and all documents and agreements executed pursuant to the Plan) and the Confirmation Order are binding upon New Mirant and its Affiliates, the Debtors (other than the Excluded Debtors), the holders of all Claims against and Equity Interests in the Debtors, whether or not impaired under the Plan, each Person acquiring property under the Plan, any other party in interest, any Person or Entity making an appearance in these Chapter 11 Cases and each of the foregoing's respective heirs, successors, assigns, trustees, executors, administrators, affiliates, officers, directors, managers, members, partners, agents, representatives, attorneys, beneficiaries or guardians.  To the extent any provision of the Confirmation Order may be inconsistent with the terms of the Plan or any Plan Documents, the terms of the Confirmation Order are binding and conclusive.

**PLEASE TAKE FURTHER NOTICE** that if you are a creditor of the Debtors, other than a beneficial holder of Allowed Equity Interests or Public Debt Securities (the similar, but non-transferable, rights of which are addressed in the next succeeding paragraph),[3] you may have a right to receive future Plan Distributions.

---

[1]      The Confirmation Order and the Plan are available for inspection in the office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Eldon B. Mahon United States Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102.  The Confirmation Order and the Plan (a) are also available on the Debtors' website at www.mirant-caseinfo.com and on the website of Bankruptcy Services, LLC, at www.bsillc.com or (b) may be obtained upon written request to Mirant Corporation, c/o Bankruptcy Services, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; Fax (646) 282-2501.

[2]      In accordance with Sections 15.3, 17.16 and 17.26 of the Plan, the Plan is deemed to exclude Mirant New York, Inc., Mirant Bowline, LLC, Mirant Lovett, LLC, Hudson Valley Gas Corporation and Mirant NY-Gen, LLC (the "Excluded Debtors") from the MAG Debtors and the Confirmation Hearing with respect to each Excluded Debtor is adjourned until further notice or order of the Bankruptcy Court.

[3]      "Public Debt Securities" is defined to include MAG Short-term Notes, Mirant Notes, and the Subordinated Notes.

In order to facilitate any such future Plan Distributions, you are responsible for maintaining accurate address information on file with Bankruptcy Services, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; Fax (646) 282-2501. **THE FAILURE TO MAINTAIN SUCH ADDRESS INFORMATION MAY RESULT IN A FORFEITURE OF ANY FUTURE PLAN DISTRIBUTIONS TO WHICH YOU WOULD OTHERWISE BE ENTITLED.**

**PLEASE TAKE FURTHER NOTICE** that if you are a beneficial holder of Allowed Equity Interests or Public Debt Securities as of the Effective Date, you may also have a right to receive future Plan Distributions, which right is non-transferable. In order to facilitate any such future Plan Distributions, you are responsible for maintaining accurate address information with the transfer agent in respect of your Allowed Equity Interests or the bank or brokerage firm that holds your Allowed Equity Interests or Public Debt Securities on your behalf. **THE FAILURE TO MAINTAIN SUCH ADDRESS INFORMATION MAY RESULT IN A FORFEITURE OF ANY FUTURE PLAN DISTRIBUTIONS TO WHICH YOU WOULD OTHERWISE BE ENTITLED.**

**UNLESS (1) YOU MUST CORRECT INACCURATE ADDRESS INFORMATION AS DESCRIBED IN THE PRECEDING TWO PARAGRAPHS OR (2) YOU ARE A PROFESSIONAL PERSON EMPLOYED UNDER AN ORDER OF THE BANKRUPTCY COURT, YOU DO <u>NOT</u> NEED TO TAKE ANY ACTION IN RESPONSE TO THIS NOTICE.**

**PLEASE TAKE FURTHER NOTICE** that professionals [4] employed under an order of the Bankruptcy Court are required to file applications for approval of compensation. <u>Employees, former employees, creditors and shareholders are not required to file a fee application</u>. With respect to professionals employed under an order of the Bankruptcy Court, on or before February 17, 2006 (45 days after the Effective Date), all applications for final allowances of compensation and reimbursement of expenses pursuant to sections 327, 328, 329, 330, 331, 503(b), and 1103 of the Bankruptcy Code for professional services rendered through the Effective Date (each a "Final Fee Application") must be filed with the Bankruptcy Court, together with proof of service thereof, and served upon the parties identified as "Notice Parties" in the "Notice to All Known Creditors and Equity Holders of (1) Entry of Order Confirming Debtors' Amended and Restated Second Amended Joint Chapter 11 Plan of Reorganization, Dated December 9, 2005 ands (2) Certain Deadlines Associated Therewith," that was served on December 15, 2005 and filed with the Bankruptcy Court on December 27, 2005 (the "Notice Parties"). **THE FAILURE TO TIMELY FILE AND SERVE SUCH FINAL FEE APPLICATION SHALL RESULT IN THE FEE CLAIM BEING FOREVER BARRED AND DISCHARGED.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to any Final Fee Applications shall be filed with the Bankruptcy Court, together with proof of service thereof, and served upon the applicant and the Notice Parties, so as to be received no later than 4:00 p.m., prevailing Central Time, on the date that is five business days before the hearing on the Final Fee Applications.

Dated:  Miami, FL
       January 5, 2006

By  /s/ Thomas E Lauria        - and -        Robin Phelan
    Thomas E Lauria                                    HAYNES AND BOONE, LLP
    State Bar No. 11998025                        State Bar No. 15903000
    WHITE & CASE LLP                               901 Main Street
    Wachovia Financial Center                    Suite 3100
    200 South Biscayne Blvd.                    Dallas, TX 75202
    Miami, Florida 33131

**ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**

---

[4]      Examples of such professionals include attorneys, accountants, financial advisors, etc.