**CASE NAME:  Mirant Las Vegas, LLC**

**CASE NUMBER: 03-46635-DML**

rwd, 7/97

# UNITED  STATES   BANKRUPTCY  COURT

## NORTHERN  DISTRICT  OF  TEXAS

### 6th  DIVISION

### FOR  POST   CONFIRMATION  USE

### QUARTERLY  OPERATING  REPORT

### AND

### QUARTERLY  BANK  RECONCILEMENT
### For Quarter ending March 31, 2007 [1]

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete.  Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

**RESPONSIBLE PARTY:**

| | |
|---|---|
| Original Signature of Responsible Party | |
| Printed Name of Responsible Party | Zac Manning |
| Title | Controller- North America Assets |
| Date | May 10, 2007 |

**PREPARER:**

| | |
|---|---|
| Original Signature of Preparer | |
| Printed Name of Preparer | Richard Lai |
| Title | Controller - West |
| Date | May 10, 2007 |

[1] A final decree was entered by the Bankruptcy Court for this entity on March 7, 2007.
As such, there will be no reporting of financial activity for this entity beyond March 31, 2007.

**POST CONFIRMATION**
**QUARTERLY OPERATING REPORT**

CASE NAME:  Mirant Las Vegas, LLC

rwd, 7/97

-46635-DML

rch 31, 2007

| | | |
|---|---|---|
| 1.   BEGINNING OF QUARTER CASH BALANCE: | | $0 |
| | | |
| CASH RECEIPTS (Includes affilitate transactions): | | |
| CASH RECEIPTS DURING CURRENT QUARTER: | | |
| (a).  Cash receipts from business operations, net | | 287,515 |
| (b).  Cash receipts from loan proceeds, net | | |
| (c).  Cash receipts from contributed capital, net | | |
| (d).  Cash receipts from tax refunds, net | | |
| (e).  Cash receipts from other sources, net | | 2,385,141 |
| 2.          TOTAL CASH RECEIPTS, net | = | $2,672,657 |
| | | |
| CASH DISBURSEMENTS (Third party disbursements only): | | |
| (A).  PAYMENTS MADE UNDER THE PLAN: | | |
| (1).  Administrative | + | |
| (2).  Secured Creditors | + | |
| (3).  Priority Creditors | + | |
| (4).  Unsecured Creditors | + | |
| (5).  Additional Plan Payments | + | |
| (B).  OTHER PAYMENTS MADE THIS QUARTER: | | |
| (1).  General Business | + | 2,672,657 |
| (2).  Other Disbursements | + | |
| 5/10/2007 | | |
| 3.          TOTAL DISBURSEMENTS THIS QUARTER | = | $2,672,657 |
| | | |
| 4.   CASH BALANCE END OF QUARTER<br>Line 1 - Plus Line 2 - Minus Line 3 = Line 4 | = | $0 |

**POST CONFIRMATION**
**QUARTERLY BANK RECONCILEMENT**

**CASE NAME: Mirant Las Vegas, LLC**

: 03-46635-DML                                                                                     rwd, 7/97

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll
and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental
obligations, etc.  Accounts with restricted funds should be identified by placing an asterisk next to the account number.
Attach additional sheets for each bank reconcilement if necessary.

**QUARTER ENDING:  March 31, 2007**

| Bank Reconciliations | | Account #1 | Account #2 | Account #3 | | |
|---|---|---|---|---|---|---|
| A. | Bank | **Bank of America** | | | | **TOTAL** |
| B. | Account Number | 3751808163 | | | | |
| C. | Purpose (Type) | **Cash** | | | | |
| 1. | Balance Per Bank Statement | $0 | | | | $0 |
| 2. | Add:  Total Deposits Not Credited | $0 | | | + | $0 |
| 3. | Subtract:  Outstanding Checks | $45,314 | | | - | $45,314 |
| 4. | Other Reconciling Items | $45,314 | | | | $45,314 (1) |
| 5. | Month End Balance Per Books | $0 | | | = | $0 |
| 6. | Number of Last Check Written | 7001111 | | | | |
| 7. | Cash:  Currency on Hand | $0 | | | + | $0 |
| 8. | Total Cash - End Of Month | $0 | | | = | $0 |

| | **CASH IN:** **INVESTMENT ACCOUNTS** | | | | |
|---|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | Value |
| 9. | | | | | + |
| 10. | | | | | + |
| 11. | | | | | + |
| 12. | | | | | + |
| 13. | **Total Cash Investments** | $0 | | | = $0 |

| 14. | **TOTAL CASH** | **LINE 8 - PLUS LINE 13 = LINE 14  \*\*\*\*** | | | **$0** |
|---|---|---|---|---|---|
| | | | | | \*\*\*\* |

 (1)  Reclass negative cash to liability account

\*\*\*\* Must tie to Line 4, Quarterly Operating Report